1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HOLLINGSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE TRASK, et al.,<br><br>Defendants. | Case No. ED CV 17-1368 DSF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

11/1/17

DATE: _____       _____

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE